Case Name: ___Essa v. Pizza Chef, Inc et al___    Case Number: _24_-CV-_04681_(___) (TAM)

| CASE MANAGEMENT WORKSHEET | |
|---|---|
| **Preparation for Initial Conference** | |
| **Rule 26(f) conference held?** | Date: 10/10/2024 |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | 10/31/2024 |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes [X]    No [ ]    N/A |
| **Confidentiality Order to be submitted for Court approval?** | Yes [ ]    No [ ]    (N/A) |
| **Anticipated number of depositions:** | Plaintiff(s): 3 <br> Defendant(s): 3 |
| **First requests for production of documents and for interrogatories due by:** | 11/14/2024 |
| **Proposed Deadlines for Pre-Settlement Discovery (Phase I)** | |
| **Agreed upon completion date for Phase I Discovery:** <br> (Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | 12/16/2024 |
| **Date for pre-settlement status conference with counsel:** <br> (Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | 1/15/2025 |
| **Proposed Deadlines for Discovery and Motion Practice (Phase II)** | |
| **Deadline to join new parties or amend pleadings as of right:** <br> (Presumptively 15 days after initial settlement conference) | 1/15/2025 |
| **All fact discovery completed by:** <br> (Presumptively 3.5 months after first requests for documents/interrogatories) | 2/27/2025 |
| **Joint status report certifying close of fact discovery:** | 2/27/2025 |
| **Anticipated number of expert reports:** | Plaintiff(s): 0 <br> Defendant(s): 0 |

| | |
|---|---|
| **Exchange of expert disclosures completed by:**<br>(Presumptively 30 days after fact discovery) | n/a |
| **Expert depositions completed by:**<br>(Presumptively 30 days after initial expert disclosures) | n/a |
| **Exchange of rebuttal expert reports by:**<br>(Presumptively 30–45 days after initial expert disclosures) | n/a |
| **All expert discovery completed by:** | n/a |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:**<br>(Presumptively 9 months after Initial Conference) | 2/27/2025 |
| **Final date to take first step in dispositive motion practice:**<br>(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | 3/27/2025 |

| | | |
|---|---|---|
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes [X] | No [ ] |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?**<br>(The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes [ ] | No [X] |

SO ORDERED:


_____                         _____
**TARYN A. MERKL**                                              **DATE**
United States Magistrate Judge